Court Of Appeals
Fourth Court of Appeals District of Texas
San Antonio



★ ★ ★ ★ ★ ★

**MEMORANDUM OPINION**

No. 04-09-00036-CV

**IN THE INTEREST OF D.J.W.**, H.A.W., and A.M.W., Minor Children

From the 216th Judicial District Court, Kerr County, Texas
Trial Court No. 08-113-A
Honorable Camile Glassock Dubose, Judge Presiding

PER CURIAM

Sitting:      Catherine Stone, Chief Justice
              Steven C. Hilbig, Justice
              Marialyn Barnard, Justice

Delivered and Filed:   March 11, 2009

MOTION TO DISMISS GRANTED; DISMISSED

Counsel for appellants has filed a letter stating his clients T.W. and A.A. no longer desire to pursue this appeal and requesting the appeal be dismissed. Construing the letter as a motion to dismiss the appeal, we grant the motion. *See* TEX. R. APP. P. 42.1(a)(1). We order all costs assessed against appellants. *See* TEX. R. APP. P. 42.1(d)(absent agreement of the parties, costs are taxed against appellant).

PER CURIAM